# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GUADALUPE PINALES § | |
| § | Civil Action No. 4:18-CV-478 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2020, the report of the Magistrate Judge (Dkt. #29) was entered containing proposed findings of fact and recommendations that Plaintiff's post-judgment Petition for Award of Attorney Fees under the Equal Access to Justice Act (Dkt. #25) be granted.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's Petition for Award of Attorney Fees under the Equal Access to Justice Act (Dkt. #25) is **GRANTED**, and the Commissioner is directed to pay six thousand fifty-nine dollars and eighty-five cents ($6,059.85) as reasonable attorney fees, made payable to Plaintiff, with such payment to be mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this 2nd day of April, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE